UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE J. JOHNSON,

          Plaintiff,

v.                            Case No. 8:11-cv-2372-T-33EAJ

CITY OF TAMPA,

          Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant's Motion to Strike Paragraph 10 of the Second Amended Complaint (Doc. # 52), filed on September 14, 2012. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendant's Motion seeks to strike paragraph 10 of the Complaint "because it contains immaterial, impertinent, and scandalous matters regarding the alleged mental health of a non-party police officer." (Doc. # 52 at 1).

Specifically, Defendant argues that the allegations in paragraph 10 "bear no relationship to the Plaintiff's claims of racial discrimination for failure to promote and retaliation," and that "[b]ecause the allegations in paragraph 10 have no relationship to the claims, are irrelevant to the issues, and will cause prejudice to the police officer and the City, they should be stricken." Id. at 1, 5.

Defendant's Motion was filed on September 14, 2012.

Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for Plaintiff to file a response in opposition to the Motion was, at the latest, October 3, 2012.  Plaintiff, who is represented by counsel, failed to file a response to the Motion in the time provided by the Rules or at any point since.  Accordingly, the Court considers the Motion as an unopposed motion.

Upon due consideration of the Motion and the record before the Court, the Court grants the Motion as unopposed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Strike Paragraph 10 of the Second Amended Complaint (Doc. # 52) is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of October, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record