UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE J. JOHNSON,

         Plaintiff,

v.                          Case No. 8:11-cv-2372-T-33EAJ

CITY OF TAMPA,

         Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant's Motion to Dismiss (Doc. # 53), filed on September 14, 2012. Pursuant to Rule 8(a) of the Federal Rules of Civil Procedure, Defendant's Motion seeks dismissal of Plaintiff's claim based on 42 U.S.C. § 1983.

Specifically, Defendant argues that the Complaint fails to state a claim under § 1983 because Plaintiff has not alleged "that the City acted through its policies, formally or informally adopted, to deprive Johnson of any Constitutional right." (Doc. # 53 at 4). Thus, Defendant argues, the Complaint does not contain the requisite "short and plain statement of the claim showing that the pleader is entitled to relief." Id.

Defendant's Motion was filed on September 14, 2012. Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for Plaintiff to file a response in opposition to

the Motion was, at the latest, October 3, 2012.  Plaintiff, who is represented by counsel, failed to file a response to the Motion in the time provided by the Rules or at any point since.  Accordingly, the Court considers the Motion as an unopposed motion.

Upon due consideration of the Motion and the record before the Court, the Court grants the Motion as unopposed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Dismiss (Doc. # 53) is **GRANTED** and Plaintiff's claims based on 42 U.S.C. § 1983 are dismissed without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of October, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record